UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:97-HC-152-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN T. MCDONALD | ORDER |

This matter comes before the court on the government's 26 August 2011 motion to file an independent psychiatric report under seal. The motion represents that the respondent does not oppose the motion.

By order filed 15 July 2010, the court directed the parties to file "any future forensic evaluations or other psychological or psychiatric documents in this case under seal[.]" (7/15/10 Order, DE # 58, at 1.) Accordingly, the instant motion is DENIED AS MOOT, and the Clerk is DIRECTED to treat the report filed 26 August 2011 (DE # 66) as a sealed document.

This 31 August 2011.

_____
W. Earl Britt
Senior U.S. District Judge